**STATE OF ILLINOIS**
**DEPARTMENT OF HUMAN RIGHTS**

| | | |
|---|---|---|
| IN THE MATTER OF: | | |
| REBECCA RAMEY, | ) | |
| | ) | |
| COMPLAINANT, | ) | CHARGE NO.  2024SF1401 |
| AND | ) | EEOC NO.    21BA40709 |
| BOOKER T WASHINGTON ELEMENTARY SCHOOL, | ) ) ) ) ) | |
| RESPONDENT. | ) | |

### NOTICE OF OPT OUT OF THE INVESTIGATIVE AND ADMINISTRATIVE PROCESS, RIGHT TO COMMENCE AN ACTION IN CIRCUIT COURT OR OTHER APPROPRIATE COURT OF COMPETENT JURISDICTION, AND NOTICE OF ADMINISTRATIVE CLOSURE

| For Complainant | For Respondent |
|---|---|
| Ronald S. Langacker | Chief Executive Officer |
| Langacker Law | Champaign Unit 4 School District |
| 210 North Broadway | 502 West Windsor Road |
| Urbana, IL 61801 | Champaign, IL 61820 |

DISMISSAL / NOTICE DATE: May 15, 2024

Date Perfected Charge Filed: March 11, 2024    Date Opt Out Request Filed: May 8, 2024

YOU ARE HEREBY NOTIFIED that pursuant to Section 7A-102(C-1) of the Illinois Human Rights Act (775 ILCS 5/7A-102(C-1)), Complainant having filed a written request to opt out of the Illinois Department of Human Rights' investigation and administrative processing of the above-captioned charge, the IDHR issues this Notice of Opt Out of the Investigative and Administrative Process, and the Right of Complainant to Commence an Action in the Circuit Court or other appropriate court of competent jurisdiction within 90 days from the date of this Notice and Order, as identified above.

- Complaint filed and serve a copy of the complaint to the Department and Respondent on the same date that the complaint is filed with the circuit court or other appropriate court of competent jurisdiction.
- Complainant may not file or refile a substantially similar charge with the Department arising from the same incident of unlawful discrimination or harassment.

NOW, THEREFORE, it is further hereby ORDERED that the Department cease the investigation and **ADMINISTRATIVELY CLOSE** the charge of civil rights violation(s).

DEPARTMENT OF HUMAN RIGHTS

BY: *Brent A. Harzman*

Brent A Harzman, Director
Charge Processing Division

NOC Rev 11/01/2023