## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 07/18/2024

**To:** Rebecca Ramey
c/o Ronald S Langacker, Esq
Langacker Law
210 North Broadway
Urbana, IL 61801

**Charge No: 21B-2024-00709**

EEOC Representative and email:  Sherice Galloway
Manager / State, Local & Tribal
sherice.galloway@eeoc.gov

### DISMISSAL OF CHARGE

Charging Party has opted out of an investigation to commence suit in court.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission:

Digitally Signed By: Amrith Kaur Aakre
07/18/2024

Amrith Kaur Aakre
District Director

**Cc:**

BOOKER T WASHINGTON ELEMENTARY SCHOOL
c/o Chief Executive Officer
Champaign Unit 4 School District
502 West Windsor Road
Champaign, IL 61820