## **DECLARATION OF JAIME ROUNDTREE**

I, Mr. Jaime Roundtree, being duly sworn and under oath, am over 21 years of age and under no legal disability, state that, if called as a witness, I would competently testify to the following:

1. My name is Jaime Roundtree. I have served as the Principal of Booker T. Washington Elementary School ("BTW") in Champaign, Illinois since August 2019. I have not been previously deposed in this matter.

2. I am currently employed by Champaign Unit 4 School District ("District"), and have been an employee of the District since 2005. The current Superintendent of the District is Dr. Sheila Boozer.

3. Ms. Rebecca Ramey ("Ms. Ramey") is currently an Assistant Principal at BTW. Ms. Ramey has consistently met and exceeded expectations as an administrator at BTW.

4. Ramey is married to Diana Hildebrand Kistler Ramey ("Ms. Kistler"), who also works at BTW as a First Grade Teacher. The fact that Rebecca and Diana are married has in no way affected the work environment at BTW, and the District does not have any policy against married couples being employed with the District or within the same building.

5. On September 14, 2023, there were gunshots fired outside of BTW at approximately 2:50 p.m., while many students were outside for extra recess.

6. Ms. Ramey and I both responded to the emergency situation happening on school grounds. Dr. Boozer did not come to the school immediately following the shooting, and many teachers and parents were upset about how the situation was handled.

7. At the School Board meeting on September 26, 2023, several teachers and parents spoke out about the lack of support from District Administration at the time of the shooting.

8. One person who spoke out at public comments was Ms. Kistler, who was critical of Administration's response and of Dr. Boozer in particular. While I did not make any comments at the meeting, Ms. Ramey and I attended the meeting in support of the BTW community.

9. Subsequent to Ms. Kistler's comments, District Administration began to actively discriminate against Ms. Ramey.

10. Around late October 2023, there was an incident involving Ms. Ramey failing to follow District protocol in dispensing medication without an updated Student Medical Authorization form. I commenced an investigation into the incident on behalf of the District.

11. During the Investigation, I found that while there had been a technical violation of policy, no harm had occurred to the child, and that Ms. Ramey had not engaged in any reckless or negligent actions. In consideration of the fact that this was a first-time offense that could easily be remedied with education, I felt the appropriate discipline for Ms. Ramey was a written reprimand and issued a memorandum with my recommendation on November 19, 2023.

12. District Administration rejected my assessment and instead issued Ms. Ramey a five-day suspension, without pay. I believe this punishment was excessive.

13. I believe that Ms. Ramey was only disciplined so severely due to her sexual orientation and her relationship with Ms. Kistler, who had been openly critical of the District Administration's response to the shooting in September of 2023.

14. On December 12, 2023, I was advised by Laura Taylor that Dr. Boozer and Ken Kleber had informed her that "the decision had been made" to transfer Ms. Ramey from BTW to a different school within the District.

15. I believe the reason that District Administration decided to transfer Ms. Ramey from BTW to another school is because of her sexual orientation and her relationship with Ms. Kistler, who had been openly critical of the District Administration's response to the shooting in September of 2023.

16. Under penalties as provided by law pursuant to 28 U.S.C. 1746, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes to be true.

FURTHER AFFIANT SAYETH NOT.

Date: 3-112024

Jaime Roundtree
Affiant