

Via Electronic Mail

March 13, 2024

Dr. Sheila Boozer
Champaign Unit 4 School District
502 W. Windsor Road
Champaign, Illinois 61820
boozersh@u4sd.org

RE:　　Ms. Rebecca Ramey

Dr. Boozer,

Earlier this morning, Ms. Rebecca Ramey attended a meeting with you, Ken Kleber, and Dr. Laura Taylor. (My request to attend this meeting with my client was expressly denied.)

At that meeting, you told Ms. Ramey that she will be transferred from her current position with Booker T. Washington Elementary School to Kenwood Elementary School effective immediately, through the remainder of the school year. You additionally stated that you were "not sure" whether Ms. Ramey would have a position as assistant principal with the District for the next school year.

Inexplicably, you also told my client that one reason for the transfer was allegedly due to the "the issue with [her] wife," apparently referencing the fact that Ms. Ramey's spouse, Diana Kistler, has taught first grade at BTW since the 2022-2023 school year.

Moreover, you had been made aware that on March 11, Ms. Ramey filed a Charge of Discrimination with the Illinois Department of Human Rights, alleging (among other things) that the District had discriminated against her on the basis of her sexual orientation. A copy of this Charge is attached. The fact that Ms. Ramey's relationship with her spouse was even broached at this meeting at all, let alone used as an apparent justification for the transfer, is frankly shocking.

The District's actions appear punitive and retaliatory, as Ms. Ramey is being transferred from BTW without the option of allowing her to finish out the school year, while simultaneously being told that there is no guarantee of her future employment with the District.

Without mincing words, Ms. Ramey is utterly devastated by the District's callous decision to transfer her and take her away from the children, families, staff, and community that she has spent the past 5 years working alongside and with whom she has formed close personal and professional relationships. Ms. Ramey has done a tremendous job as an assistant principal at BTW, and no valid reason for her transfer exists.

Govern yourself accordingly.

*Ronald S. Langacker*
Ronald S. Langacker
Attorney at Law

RSL/jlw

Enc.

CC:
    Amy Armstrong
    Dr. Gianina Baker
    Bruce Brown
    Betsy Holder
    Mark Thies
    Heather Vazquez
    Sally Scott