# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| **REBECCA KISTLER RAMEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:24-cv-2194 |
| **BOARD OF EDUCATION OF CHAMPAIGN** ) | |
| **UNIT 4 SCHOOL DISTRICT; Dr. SHEILA E.** ) | |
| **BOOZER, in her Individual Capacity;** ) | |
| **KENNETH L. KLEBER, in his Individual** ) | |
| **Capacity; and Dr. LAURA TAYLOR, in her** ) | |
| **Individual Capacity;** ) | |
| ) | |
| Defendants. ) | |

## REPORT OF RULE 26(f) PLANNING MEETING

NOW COMES Plaintiff, Ms. Rebecca Ramey, being represented by her attorney, Ronald S. Langacker; and Defendants, Board of Education of Champaign Unit 4 School District; Dr. Sheila Boozer; Mr. Kenneth Kleber; and Dr. Laura Taylor; being represented by Carolyn K. Kane, Tracey L. Truesdale, and Hailey M. Golds of Franczek P.C., and pursuant to Federal Rules of Procedure 26, counsel for the parties conferred for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates upon which counsel have agreed:

1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by February 4, 2025.

2. The deadline for amendment of pleadings and joining additional parties is March 14, 2025.

3. Plaintiff shall disclose experts, provide expert reports, and have experts available for deposition by June 30, 2025.

4. Defendants shall disclose experts, provide expert reports, and have experts available for deposition by August 15, 2025.

5. Discovery shall be modified as follows: No modifications at this time.

6. All discovery, including depositions is to be completed on or before October 1, 2025.

7. The deadline for filing case dispositive motions shall be November 17, 2025.

8. Regarding the disclosure and discovery of electronically stored information, the parties hereto agree that such materials shall be produced by exporting files from the format in which they are retained in the ordinary course of business to a .pdf format, if such conversion is reasonably possible.

| | |
|---|---|
| REBECCA KISTLER RAMEY, Plaintiff | BOARD OF EDUCATION OF CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4, SHELIA BOOZER, KEN KLEBER and LAURA TAYLOR, Defendants |
| By: /s/ Ronald S. Langacker<br>Ronald S. Langacker #6239469<br>Langacker Law, Ltd.<br>210 N. Broadway Ave.<br>Urbana, Illinois 61801<br>(217) 954-1025<br>ron@langackerlaw.com | By: /s/Tracey L. Truesdale<br>Caroline K. Kane (ARDC No. 6324144)<br>ckk@franczek.com<br>Tracey L. Truesdale (ARDC No. 6207891)<br>tlt@franczek.com<br>Hailey M. Golds (ARDC No. 6312907)<br>hmg@franczek.com<br>Franczek P.C.<br>300 South Wacker Drive, Suite 3400<br>Chicago, IL 60606<br>(312) 986-0300 |

## **O R D E R**

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before
_____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before
_____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before
_____ on _____

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **REBECCA KISTLER RAMEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:24-cv-2194 |
| **BOARD OF EDUCATION OF CHAMPAIGN UNIT 4 SCHOOL DISTRICT; Dr. SHEILA E. BOOZER,** in her Individual Capacity; **KENNETH L. KLEBER,** in his Individual Capacity; and **Dr. LAURA TAYLOR,** in her Individual Capacity; ) ) ) ) ) ) | |
| ) | **JURY TRIAL** |
| ) | **DEMANDED** |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that on January 10, 2025, he electronically filed the foregoing **Report of Rule 26(f) Planning Meeting** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ms. Hailey Golds
Ms. Caroline Kane
Ms. Travey Truesdale
Franczek P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 786-6103
hmg@franczek.com
ckk@franczek.com
tlt@franczek.com

/s/ Ronald S. Langacker
Ronald S. Langacker, #6239469
Langacker Law, Ltd.
210 N. Broadway Ave.
Urbana, Illinois 61801
ron@langackerlaw.com