IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| Rebecca Kistler Ramey, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24 cv 2194 |
| Board of Education of Champaign Unit 4 School District; Dr. Sheila E. Boozer, in her Individual Capacity; Kenneth L. Kleber, in his Individual Capacity; and Dr. Laura Taylor, in her Individual Capacity; | ) |
| Defendants. | ) |

## DEFENDANTS' CERTIFICATE OF COMPLIANCE

Defendants BOARD OF EDUCATION OF CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT NO. 4 ("the Board"), SHELIA BOOZER, KEN K LEBER and LAURA TAYLOR by and through their attorneys and pursuant to Judge Long's Order dated January 13, 2025 [Dkt 13] hereby certifies that they served on Plaintiff by electronic mail, Defendants' Rule 26(a)(1) Disclosures on the 3rd day of February, 2025 and will file this certificate with the Court using the CM-ECF Filing System.

Respectfully submitted,

BOARD OF EDUCATION OF
CHAMPAIGN COMMUNITY UNIT
SCHOOL DISTRICT NO. 4, SHELIA
BOOZER, KEN KLEBER and LAURA
TAYLOR, Defendants.

By: /s/ Tracey L. Truesdale
One of Their Attorneys

Caroline K. Kane (ARDC No. 6324144)
ckk@franczek.com
Tracey L. Truesdale (ARDC No. 6207891)
tlt@franczek.com
Hailey M. Golds (ARDC No. 6312907)

3391032.1

[hmg@franczek.com](mailto:hmg@franczek.com)
Franczek P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300

Dated: February 4, 2025

3391032.1

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **DEFENDANTS' CERTIFICATE OF COMPLIANCE** to be filed with the Clerk of the Court by using the CM ECF Filing System which will electronically serve a copy upon the parties of record on this 4th day of February, 2025:

>Ronald S. Langacker
>Langacker Law, Ltd.
>210 N. Broadway
>Urbana, Illinois 61801
>(217) 954-1025
>ron@langackerlaw.com

>>/s/ Tracey L. Truesdale
>>tlt@franczek.com

3391032.1

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **DEFENDANTS' RULE 26(a)(1) DISCLOSURES** to be served electronically upon the parties of record on this 3rd day of February, 2025:

>Ronald S. Langacker
>Langacker Law, Ltd.
>210 N. Broadway
>Urbana, Illinois 61801
>(217) 954-1025
>ron@langackerlaw.com

>/s/ Tracey L. Truesdale
>tlt@franczek.com

3391032.1