E-FILED
Friday, 28 March, 2025  03:13:18 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**CHAMPAIGN DIVISION**

| | |
|---|---|
| **REBECCA KISTLER RAMEY,** | |
| **Plaintiff,** | |
| **vs.** | **Case No. 2:24-cv-2194** |
| **BOARD OF EDUCATION OF CHAMPAIGN UNIT 4 SCHOOL DISTRICT; DR. SHEILA BOOZER, in her Individual Capacity; KENNETH L. KLEBER, in his Individual Capacity; and DR. LAURA TAYLOR, in her Individual Capacity,** | |
| **Defendants.** | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**FIRST AMENDED COMPLAINT**

Defendants, the Board of Education of Champaign Unit 4 School District, Dr. Sheila Boozer, Kenneth Kleber and Dr. Laura Taylor, by and through their attorneys, Franczek P.C., hereby respond to Plaintiff's Motion for Leave to File First Amended Complaint as follows:

1.      The Defendants do not object to the Plaintiff's motion for leave to file the First Amended Complaint.

2.      However, the First Amended Complaint attached to Plaintiff's motion does not contain some of the exhibits referenced in the First Amended Complaint. Specifically, Exhibits H, I, J, K, and L are missing. Also, Exhibit I may not be complete.

3.      Therefore, Defendants ask that if Plaintiff is permitted leave to file the First Amended Complaint, that the Plaintiff include complete copies of the Exhibits referenced therein.

WHEREFORE, the Defendants have no objection to the Plaintiff's motion for leave to file the First Amended Complaint, however, Defendants ask that Plaintiff include complete copies of the Exhibits referenced therein.

Respectfully submitted,

**BOARD OF EDUCATION OF CHAMPAIGN UNIT 4 SCHOOL DISTRICT, DR. SHEILA BOOZER, KENNETH L. KLEBER, and DR. LAURA TAYLOR, Defendants.**

By: */s/ Caroline K. Kane* (ARDC 6324144)
         One of Their Attorneys

Caroline K. Kane -ckk@franczek.com
Tracey L. Truesdale -tlt@franczek.com
Haily M. Golds - hmg@franczek.com
Franczek P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300

Dated: March 28, 2025

3403460.1

**CERTIFICATE OF SERVICE**

The undersigned attorney, certifies that she filed the foregoing DEFENDANTS' RESPONSE

TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, to be

filed with the Clerk of the Court using the CM-ECF Filing System, which will electronically serve

all parties of record on this 28th day of March, 2025, as follows:


Ronald S. Langacker
Langacker Law, Ltd.
210 N. Broadway
Urbana, Illinois 61801
(217) 954-1025
ron@langackerlaw.com


/s/ *Caroline K. Kane*
ckk@franczek.com


3403460.1