# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

# 24M0625.15

**AGENCY**
☒ IDHR
☐ EEOC

**CHARGE NUMBER**
2024SE2451

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Ms. Rebecca Ramey | (217) 377-7176 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2512 Brett Drive, | Champaign, Illinois 61821 | 07/16/1988 MM / DD / YYYY |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| Champaign Unit 4 School District | | 217-351-3800 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 502 West Windsor Road, | Champaign, Illinois 61820 | Champaign |

**CAUSE OF DISCRIMINATION BASED ON:**

Retaliation/Sexual Orientation/Marital Status

**DATE OF DISCRIMINATION**
EARLIEST (ADEA/EPA)   LATEST (ALL)
1/1/24
☐ CONTINUING ACTION

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**S E E   A T T A C H E D**

DEPT. OF HUMAN RIGHTS
INTAKE DIVISION

JUNE 25, 2024

**RECEIVED**

BY:_____

Page 1 of 2

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

[Notary Seal: RONISHA CROCKER OFFICIAL SEAL Notary Public, State of Illinois My Commission Expires May 07, 2025]

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true. [735 ILCS 5/1-109]

X _____[signature]_____    6/20/24
SIGNATURE OF COMPLAINANT    DATE

EEO-5 FORM (Rev. 4/2022-INT)    RETURN THIS COPY

## Amended Complaint Exhibit D

I. **BACKGROUND INFORMATION COMMON TO ALL COUNTS**

1. Complainant, Ms. Rebecca Ramey ("Ramey" or "Complainant"), is a protected party under the Illinois Human Rights Act, 775 ILCS 5/1-102 *et seq*, as she is female. Additionally, Complainant identifies as a lesbian, and is married to her same-sex partner, Ms. Diana Hildebrand Kistler Ramey ("Kistler").

2. Respondent, Champaign Unit 4 School District ("District" or "Respondent"), is an employer as that term is defined by the Illinois Human Rights Act.

3. The current Superintendent of Champaign Unit 4 School District is Dr. Shiela Boozer ("Dr. Boozer").

4. Complainant was hired as the Assistant Principal for Booker T. Washington Elementary School ("BTW") in August of 2019. BTW primarily serves a student population of color in the City of Champaign.

5. Complainant's spouse, Ms. Kistler, is employed as a First-Grade Teacher at BTW. Kistler is a member of the Teacher's Union of the Champaign Unit 4 School District. During her entire time being employed with the District, the Complainant met and exceeded the expectations of her employer.

6. District Administration, including Dr. Boozer, are aware that Complainant and Kistler are married in a same-sex relationship.

7. Complainant filed a Charge of Discrimination against Unit 4 (Charge No. 2024SF1401) with the Illinois Department of Human Rights on March 11, 2024, alleging the District had discriminated against her on the basis of gender/sexual orientation, and as a result of her marital status. See Exhibit A, attached hereto. The Charge of Discrimination ("COD") was emailed to Dr. Boozer on the evening of March 11, 2024. See Exhibit B, attached hereto.

8. On March 11, 2024, Complainant filed a Charge of Discrimination with the Illinois Department of Human Rights (IDHR Control # 24M0312.02). Complainant copied Dr. Boozer, Ken Kleber, Laura Taylor, and District counsel on this correspondence.

9. On March 13, 2024, Complainant met with Dr. Boozer, Kleber, and Dr. Taylor (via phone). Complainant was told that Complainant would be transferred to Kenwood Elementary School on March 18, 2024, to finish out the 2023-2024 school year.

10. During the meeting, Dr. Boozer told Complainant there was "an issue with [her] wife" which had started "when [her] wife came over [to BTW]." Dr. Boozer stated that the "safeguards" aren't working. Dr. Boozer further stated that she was "not sure" whether Ms. Ramey would have a position as an assistant principal with the District the following school year.

11. Dr. Boozer's comments were the direct result of the Complainant filing a cause of action against the District less than 48 hours earlier and were clearly in retaliation.

1

12. Complainant's attorney ("Langacker") later that day emailed Dr. Boozer, stating that "the fact that Ms. Ramey's relationship with her spouse was broached at the meeting at all, let alone an apparent justification for the transfer, is frankly shocking." Langacker stated that the District's actions appeared "punitive and retaliatory." See Exhibit C, attached hereto.

13. Dr. Boozer nor anyone from the District at any time responded to Langacker's correspondence. The Complainant was immediately transferred to Kenwood Elementary School. Ms. Ramey was unable to even retrieve her personal belongings from BTW.

14. The Champaign Unit 4 School Board, at no time before or after March 13, approved Complainant's transfer in violation of Unit 4 District policy.

15. The Champaign Unit 4 School Board, at no time during the remainder of the 2024 school year, approved the transfer of Ms. Ramey to Kentwood Elementary School.

II.   A. ISSUE/BASIS

*Retaliation – On the Basis of Protected Activity.*

**B. PRIMA FACIE ALLEGATIONS**

1. Complainant repeats and re-alleges the previous paragraphs in this Charge as if fully set forth herein.

2. Complainant is a member of a protected class in that she identifies as a lesbian and is married to her same-sex partner.

3. Complainant met and exceeded the reasonable expectations of her employment.

4. Complainant engaged in a protected activity when she filed the Charge of Discrimination on March 11, 2024, as described above.

5. Complainant suffered a materially adverse employment action by Defendant as a result of her engaging in a protected activity, as she was immediately transferred to another elementary school within the District.

6. A reasonable employee would have found the action materially adverse, as the District's action would have dissuaded a reasonable person from making or supporting a charge of discrimination.

7. A causal connection exists between Plaintiff's protected activity and the adverse employment actions of Defendant.

8. That any rationale from the District for transferring the Complainant is pretextual, and moreover, the transfer of Ms. Ramey was never approved by the School Board.

2

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office



UJCK Federal Building
230 S. Dearborn
**Suite 1866 (Enforcement, State and Local & Hearings)**
Suite 2920 (Legal & ADR)
Chicago, IL  60604
Chicago Direct Dial:  (312) 872-9777
Enforcement/File Disclosure Fax:  (312) 588-1260
Website  www.eeoc.gov

IMPORTANT NOTICE.  PLEASE READ CAREFULLY.  KEEP THIS NOTICE WITH YOUR OTHER RECORDS OF THIS CHARGE.  THIS MAY BE THE ONLY NOTIFICATION FROM EEOC.

IDHR CHARGE NUMBER:          2024SF2451                    REBECCA RAMEY

# EEOC NOTICE OF CHARGE FILED

You are filing a charge of employment discrimination with the Illinois Department of Human Rights (IDHR).

As a result of an agreement between the Illinois Department of Human Rights (IDHR) and the U.S. Equal Employment Opportunity Commission (EEOC), the EEOC will also have a record of IDHR's charge of discrimination.

You are encouraged to cooperate with IDHR in the investigation of your charge.  The final findings and orders of that agency may be adopted by the EEOC.

IDHR will process your charge.  Under section 1601.76 of EEOC's regulations, you are entitled to request that EEOC review IDHR's investigation and findings.  To obtain this review, you must request it by writing to this office within 15 days of your receipt of IDHR's final findings of your case.  If we do not receive such a request for a review, EEOC will likely accept IDHR's findings without any review or any other processing by EEOC.

EEOC regulations require that you notify us of any change in address and keep us informed of any prolonged absence from your current address.  Your cooperation in this matter is essential.

PLEASE NOTE:  BUILDING SECURITY PROCEDURES PRESENTLY IN PLACE DO NOT PERMIT ACCESS TO EEOC WITHOUT AN APPOINTMENT.  IF AN APPOINTMENT IS REQUIRED, CALL (312) 869-8000 OR 1-800-669-4000.

EEOC NOTICE