E-FILED
Monday, 31 March, 2025  02:10:04 PM
Clerk, U.S. District Court, ILCD

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br><br># 25M0925.12 | AGENCY<br><br>■ IDHR<br><br>■ EEOC | CHARGE NUMBER<br><br>2025SF0343 |
|---|---|---|

| Illinois Department of Human Rights and EEOC |
|---|

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>Ms. Rebecca Ramey | TELEPHONE NUMBER (include area code)<br><br>(217) 377-7176 |
|---|---|

| STREET ADDRESS        CITY, STATE AND ZIP CODE<br><br>2512 Brett Drive    Champaign, Illinois 61821 | DATE OF BIRTH<br>07/16/1988<br>MM / DD / YYYY |
|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>Board of Education of Champaign Unit 4 School District | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code)<br><br>(217) 351-3800 |
|---|---|---|

| STREET ADDRESS        CITY, STATE AND ZIP CODE<br><br>502 W. Windsor Road  Champaign, Illinois 61820 | COUNTY<br><br>Champaign |
|---|---|

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Sexual Orientation/Marital Status/Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>7/25/24<br>■ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

DEPT. OF HUMAN RIGHTS
INTAKE DIVISION
SEP 24, 2024
**RECEIVED**
BY:_____

**S E E   A T T A C H E D**

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that the undersigned verily believes the same to be true. [735 ILCS 5/1-109]<br><br>X _____    09/23/24<br>SIGNATURE OF COMPLAINANT    /DATE |
|---|---|

EEO-5 FORM (Rev. 4/2022-INT)                                    RETURN THIS COPY

Amended Complaint Exhibit G

2025SF0343

## I.    BACKGROUND INFORMATION COMMON TO ALL COUNTS

1.  Complainant, Ms. Rebecca Ramey ("Ramey" or "Complainant"), is a protected party under the Illinois Human Rights Act, 775 ILCS 5/1-102 *et seq*, as she is female. Additionally, Complainant identifies as a lesbian, and is married to her same-sex partner, Ms. Diana Hildebrand Kistler Ramey ("Kistler").

2.  Respondent, Champaign Unit 4 School District ("District" or "Respondent"), is an employer as that term is defined by the Illinois Human Rights Act.

3.  The current Superintendent of Champaign Unit 4 School District is Dr. Shiela Boozer ("Dr. Boozer").

4.  Complainant was hired as the Assistant Principal for Booker T. Washington Elementary School ("BTW") in August of 2019. BTW primarily serves a student population of color in the City of Champaign.

5.  Complainant's spouse, Ms. Kistler, is employed as a First-Grade Teacher at BTW. Kistler is a member of the Teacher's Union of the Champaign Unit 4 School District. During her entire time being employed with the District, the Complainant met and exceeded the expectations of her employer.

6.  District Administration, including Dr. Boozer, are aware that Complainant and Kistler are married in a same-sex relationship.

7.  Complainant filed a Charge of Discrimination against Unit 4 (Charge No. 2024SF1401) with the Illinois Department of Human Rights on March 11, 2024, alleging the District had discriminated against her on the basis of gender/sexual orientation, and as a result of her marital status. The Charge of Discrimination ("COD") was emailed to Dr. Boozer on the evening of March 11, 2024.

8.  On March 13, 2024, Complainant met with Dr. Boozer, Kleber, and Dr. Taylor (via phone). Complainant was told that Complainant would be transferred to Kenwood Elementary School on March 18, 2024, to finish out the 2023-2024 school year.

9.  During the meeting, Dr. Boozer told Complainant there was "an issue with [her] wife" which had started "when [her] wife came over [to BTW]." Dr. Boozer stated that the "safeguards" aren't working. Dr. Boozer further stated that she was "not sure" whether Ms. Ramey would have a position as an assistant principal with the District the following school year.

10. Dr. Boozer's comments were the direct result of the Complainant filing a cause of action against the District less than 48 hours earlier, and were clearly in retaliation.

11. Complainant's attorney ("Langacker") later that day emailed Dr. Boozer, stating that "the fact that Ms. Ramey's relationship with her spouse was broached at the meeting at all, let alone an apparent justification for the transfer, is frankly shocking." Langacker's attorney stated that the District's actions appeared "punitive and retaliatory."

12. Dr. Boozer nor anyone from the District at any time responded to Langacker's correspondence. The Complainant was immediately transferred to Kenwood Elementary School, and wasn't even allowed to retrieve her belongings.

13. The Champaign Unit 4 School Board, at no time before or after March 13, approved Complainant's transfer in violation of Unit 4 District policy.

14. The Champaign Unit 4 School Board, at no time during the remainder of the 2024 school year, approved the transfer of Ms. Ramey to Kentwood Elementary School.

15. During the entire remainder of the 2023-2024 school year, the School Board did not address the issue of Rebecca's transfer, and the transfer was never approved by the School Board.

16. With only a little over two weeks left before the start of the 2024-2025 school year, and without having been notified where she would be placed within Unit 4, if anywhere the Complainant was constructively discharged by the District on July 25, 2024.

II.    **A. ISSUE/BASIS**

*Retaliation – On the Basis of Protected Activity.*

**B. PRIMA FACIE ALLEGATIONS**

1. Complainant repeats and re-alleges the previous paragraphs in this Charge as if fully set forth herein.

2. Complainant is a member of a protected class in that she identifies as a lesbian and is married to her same-sex partner.

3. Complainant met and exceeded the reasonable expectations of her employment.

4. Complainant engaged in a protected activity when she filed the Charge of Discrimination on March 11, 2024, as described above.

5. Complainant and suffered a materially adverse employment action by Defendant as a result of her engaging in a protected activity, as she was constructively discharged by the District on July 25, 2024.

6. A reasonable employee would have found the action materially adverse, as the District's action would have dissuaded a reasonable person from making or supporting a charge of discrimination.

7. A causal connection exists between Plaintiff's protected activity and the adverse employment actions of Defendant.

8. Complainant has sustained damages equal to lost monetary damages, damage to her reputation, emotional distress, and is entitled to compensatory damages, punitive damages, as well as attorneys' fees and costs.

III.    **A. ISSUE/BASIS**

2025SF0343

*Discrimination – On the Basis of Gender/Sexual Orientation*

**B. PRIMA FACIE ALLEGATIONS**

1. Complainant repeats and re-alleges the previous paragraphs in this Charge as if fully set forth herein.

2. Complainant is a member of a protected class in that she identifies as a lesbian and is married to her same-sex partner.

3. Complainant met and exceeded the reasonable expectations of her employment.

4. Complainant experienced discrimination from District Administration when she was transferred to another school in the District

5. Complainant suffered an adverse action when the District constructively discharged the Claimant on July 25, 2024.

6. Other District employees who were not married or otherwise similarly situated were not discriminated against by District Administration.

7. Complainant has sustained damages equal to lost monetary damages, damage to her reputation, emotional distress, and is entitled to compensatory damages, punitive damages, as well as attorneys' fees and costs.

IV.    **A. ISSUE/BASIS**

*Discrimination – On the Basis of Marital Status*

**B. PRIMA FACIE ALLEGATIONS**

1. Complainant repeats and re-alleges the previous paragraphs in this Charge as if fully set forth herein.

2. Complainant is a member of a protected class in that she is married to her same-sex partner.

3. Complainant met and exceeded the reasonable expectations of her employment.

4. Complainant suffered an adverse action on July 25, 2024, when she was constructively discharged from the District.

5. Other District employees who were not married or otherwise similarly situated were not discriminated against by District Administration.

6. Complainant has sustained damages equal to lost monetary damages, damage to her reputation, emotional distress, and is entitled to compensatory damages, punitive damages, as well as attorneys' fees and costs.