**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street, 18th Floor, Suite 1866
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 1/30/2025 via USPS

To: Rebecca Ramey
c/o Ronald S. Langacker, Esq.
Langacker Law
210 N. Broadway Avenue
Urbana, IL  61801

Charge No: 21B-2024-01496

EEOC Representative and email:   SHERICE GALLOWAY
State/Local/Tribal Manager
sherice.galloway@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC is closing this charge because you have requested to file a lawsuit in federal court.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue.  If you choose to file a lawsuit against the respondent(s) on this charge under federal law, your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.  Receipt generally occurs on the date that you (or your representative) received this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)  If you file suit, based on this charge, please send a copy of your court complaint to this office.

Please retain this notice for your records.

On behalf of the Commission,

Digitally Signed By: Amrith Kaur Aakre
1/30/2025
Amrith Kaur Aakre
District Director

Cc:

CHAMPAIGN BOPARD OF EDUCATION, SCHOOL DISTRICT UNIT #4
c/o Chief Executive Officer
502 W. Windsor Road
Champaign, IL  61820

## Amended Complaint Exhibit H