E-FILED
Monday, 31 March, 2025  02:10:05 PM
Clerk, U.S. District Court, ILCD

**From:** Rebecca Ramey <rameyre@u4sd.org>
**Sent:** Thursday, July 25, 2024 1:08 PM
**To:** Ronald Langacker <ron@langackerlaw.com>
**Subject:** Fwd: Resignation

# Amended
# Complaint Exhibit L

---------- Forwarded message ---------
From: **Rebecca Ramey** <rameyre@u4sd.org>
Date: Thu, Jul 25, 2024 at 1:07 PM
Subject: Resignation
To: Kenneth Kleber <kleberke@u4sd.org>
Cc: Shelia Boozer <boozersh@u4sd.org>, u4boe <u4boe@u4sd.org>

Ken Kleber, Dr. Boozer, and Champaign Unit 4 Board of Education,

Be advised that I will not be returning to Champaign Unit 4 for the 2024-25 school year.

My time as the Assistant Principal at Brooker T. Washington School was one of the most fulfilling and humbling opportunities I have had in my life, and I will never forget the bonds I created with my students.  That said, administration at Unit 4 has systematically destroyed the relationship that I've had with the children, parents, and other stakeholders at BTW, as shown in part by the following actions over the past year:

- After I objected to a BTW staff member referring to our Black fifth-grade students as "criminals,"  I was given a written warning in June 2023. To my knowledge, the staff member received no discipline for their comments.

- After my spouse spoke out against District administration during the September 2023 School Board Meeting, I was given a 5-day suspension in September 2023 due to a medication incident. I believe this

suspension was done in retaliation for my spouse's protected speech.

- I filed a Charge of Discrimination with the Illinois Department of Human Rights on March 11, 2024 regarding the incidents above. On March 13, 2024, I attended a meeting with the District where I was told that I would be transferred to another school within Unit 4. During this meeting, Dr. Boozer told me that there was "an issue with [my] wife" which had started "when [my] wife came over [to BTW]." Dr. Boozer also stated that she was "not sure" whether I would have a position as an assistant principal with the District the following school year. When my attorney's letter to Dr. Boozer was reported in the media factually reporting the meeting, administration publicly stated they "vehemently denied the allegations made by Mr. Langacker."  My request to have someone attend this meeting with me was denied.

- While I was presumably transferred to Kenwood in March of 2024, at no time did the School Board formally approve my transfer for the remainder of the school year, in violation of District protocol. I wasn't even allowed to retrieve my belongings from BTW, or formally say goodbye to students and staff.

- Since March the District has, inexplicably, requested that I have a second meeting with Dr. Boozer to "finalize messaging" regarding my transfer, and continued to deny my request to have someone else attend the meeting with me.

- My spouse, Diana Kistler, has also continued to be retaliated against due to her relationship with me as well as the statements she made during the September School Board Meeting regarding the District's response to gun violence.

- The 2024-2025 school year will be starting on August 12, and the District has not given me any indication as to where I will be placed this upcoming year. Ken has stated that this information would only be shared with me after having a personal meeting with Dr. Boozer, again, without allowing anyone on my behalf to attend.

    The District's actions have made my continued employment at Unit 4 untenable, my work environment intolerable, and leaves me with no choice but to consider myself constructively discharged from my employment with Champaign Unit 4 School District effective immediately.

--
Rebecca Ramey
*Assistant Principal*
*Booker T. Washington STEM Academy*
*606 E Grove St. Champaign, IL 61821*
*217-351-3901*

"FIGHT
FOR THE THINGS
THAT YOU CARE ABOUT,
BUT DO IT IN A WAY
THAT WILL LEAD OTHERS
TO JOIN YOU."

*Ruth Bader Ginsburg*

--
Rebecca Ramey
*Assistant Principal*
*Booker T. Washington STEM Academy*
*606 E Grove St. Champaign, IL 61821*
*217-351-3901*

"FIGHT
FOR THE THINGS
THAT YOU CARE ABOUT,
BUT DO IT IN A WAY
THAT WILL LEAD OTHERS
TO JOIN YOU."

*Ruth Bader Ginsburg*