UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHAMPAIGN DIVISION

| | |
|---|---|
| **REBECCA KISTLER RAMEY,** | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No. 2:24-cv-2194 |
| **BOARD OF EDUCATION OF CHAMPAIGN UNIT 4 SCHOOL DISTRICT; Dr. SHELIA E. BOOZER, in her Individual Capacity; KENNETH L. KLEBER, in his Individual Capacity; and Dr. LAURA TAYLOR, in her Individual Capacity;** | ) |
| Defendants. | ) |

## AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Plaintiff Rebecca Kistler Ramey, PURSUANT TO Rule 26(c) of the Federal Rules of Civil Procedure, respectfully move this Court for the entry of a Confidentiality Order, which is attached hereto as Exhibit 1. Plaintiff states as follows in support of her motion:

1. The parties anticipate producing in this proceeding various documents and information of a confidential nature, including (a) information prohibited from disclosure by statute; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; or (g) personnel or employment records of a person who is not a party to the case. These documents may be relevant to the subject matter of this case.

2. Specifically, the Confidentiality Order provides for the protection of any document or other material that either party produces or provides, or any testimony given in this proceeding, which a

1

party believes in good faith constitutes, reflects or discloses its confidential and proprietary information as described in the Confidentiality Order and in Paragraph 1, above.

3. The proposed Confidentiality Order would govern the Confidential Information designated as "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER." The parties would treat this information as confidential. Access to this information would be restricted, as well as the documents, testimony, or other materials containing information inappropriate for distribution to third-parties, except for the limited purposes described in the Confidentiality Order.

4. The Confidentiality Order would permit the parties' counsel to review and use information designated as "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" with their respective clients and certain non-party witnesses. Counsel would also be able to share information designated as "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" with consultants and experts engaged by the parties to assist in preparation and trial of this matter so long as those individuals execute an acknowledgment agreeing not to disclose the Confidential Information.

5. Plaintiff has conferred with Defendants as to the subject and content of this Motion as well as the subject and content of the Confidentiality Order. Defendants do not object to the Motion and agree to the entry of the provided Agreed Confidentiality Order.

WHEREFORE, Plaintiff respectfully requests that the Court grant this agreed motion and enter the Confidentiality Order, attached as Exhibit 1.

Dated: May 6, 2025

Respectfully submitted,
/s/ Ronald S. Langacker
Ronald S. Langacker, #6239469
Langacker Law, Ltd.
210 N. Broadway Ave.
Urbana, Illinois 61801
ron@langackerlaw.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
CHAMPAIGN DIVISION

| | |
|---|---|
| REBECCA KISTLER RAMEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:24-cv-2194 |
| BOARD OF EDUCATION OF ) | |
| CHAMPAIGN UNIT 4 SCHOOL ) | |
| DISTRICT; Dr. SHELIA E. BOOZER, in her ) | |
| Individual Capacity;  KENNETH L. ) | |
| KLEBER, in his Individual Capacity; and Dr. ) | |
| LAURA TAYLOR, in her Individual ) | |
| Capacity; ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    The undersigned attorney of record hereby certifies that on May 6, 2025, he electronically filed the foregoing **Agreed Motion for Entry of Confidentiality Order** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Caroline K. Kane (ARDC No. 6324144)
ckk@franczek.com
Tracey L. Truesdale (ARDC No. 6207891)
tlt@franczek.com
Hailey M. Golds (ARDC No. 6312907)
hmg@franczek.com
Franczek P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300

                                          Ronald S. Langacker, #6239469
                                          Langacker Law, Ltd.
                                          210 N. Broadway Ave.
                                          Urbana, Illinois 61801
                                          (217) 954-1025
                                          ron@langackerlaw.com